

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Glyndon Rivera

**Civil Action No.** 18-cv-00069-CAB-KSC

**Plaintiff,**

**V.**

Sheriff Bill Gore; Superior Court of
California, Vista; Judge Dahlquist;
Teresa Gomez; SD County Health and
Human Services Agency; Becerra

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried
or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants the application to proceed in forma pauperis and Dismisses the Petition without
prejudice, for lack of subject matter jurisdiction. It Is So Ordered.

**Date:** _____1/16/18_____

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ J. Gutierrez

J. Gutierrez, Deputy